SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
cm@SoCalEAG.com

Attorneys for Plaintiff,
JARDINE GOUGIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARDINE GOUGIS,<br><br>Plaintiff,<br><br>vs.<br><br>ANGIE & MARJAN, INC. D/B/A CAKERY BAKERY; MARIA BALIJA, AS TRUSTEE OF THE GEORGE AND MARIA BALIJA FAMILY TRUST; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:24-cv-00430 FLA (SKx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff JARDINE GOUGIS ("Plaintiff") and Defendant MARIA BALIJA, AS TRUSTEE OF THE GEORGE AND MARIA BALIJA FAMILY TRUST stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

STIPULATION FOR DISMISSAL

Respectfully submitted,

DATED: January 24, 2025                SO. CAL. EQUAL ACCESS GROUP

By:  */s/  Jason J. Kim*
    Jason J. Kim
    Attorneys for Plaintiff

DATED: January 24, 2025

By:  */s/ Robert David DiJulio*
    Robert David DiJulio, Esq.
    Attorneys for Defendant
    MARIA BALIJA, AS TRUSTEE OF THE
    GEORGE AND MARIA BALIJA FAMILY
    TRUST

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 24, 2025                By: */s/ Jason J. Kim*
                                           Jason J. Kim