JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARDINE GOUGIS,<br><br>              Plaintiff,<br><br>    v.<br><br>ANGIE & MARJAN, INC., *et al.*,<br><br>              Defendants. | Case No. 2:24-cv-00430-FLA (SKx)<br><br>**ORDER DISMISSING ACTION [DKT. 38]** |

**ORDER**

On January 24, 2025, Plaintiff Jardine Gougis ("Plaintiff") filed a Stipulation for Dismissal (the "Stipulation"), stating the case had settled in its entirety and requesting the court dismiss the action with prejudice.  Dkt. 38.

Having considered the Notice of Settlement and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are vacated.
2. The court DISMISSES the action with prejudice, with each party to bear her or its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: January 27, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge